COOLEY LLP
ALI M. M. MOJDEHI (123846)
(amojdehi@cooley.com)
JANET D. GERTZ (231172)
(jgertz@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

Attorneys for Creditor
Qualcomm Incorporated

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re:

GABRIEL TECHNOLOGIES CORPORATION and TRACE TECHNOLOGIES LLC,

Debtors.

Case No. 13-30340-DM

**CHAPTER 11**

Jointly Administered with
Case No. 13-30341-DM

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**

PLEASE TAKE NOTICE THAT, creditor in the above-captioned case, Qualcomm Incorporated, through its counsel, Cooley LLP ("Cooley"), hereby enters its appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that the undersigned be added to the official mailing matrix, CM/ECF, and service lists in this case. The Creditor requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and section

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

809005 v2/SD

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**

Case: 13-30340   Doc# 17   Filed: 02/26/13   Entered: 02/26/13 09:36:38   Page 1 of 3

1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these chapter 11 cases and copies of all papers served or required to be served in these chapter 11 cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements and all other matters arising herein or in any related adversary proceeding, be given and served upon Cooley at the following addresses:

> COOLEY LLP
> Ali M.M. Mojdehi
> Janet Dean Gertz
> 4401 Eastgate Mall
> San Diego, CA 92121
> Telephone: 858-550-6000
> Facsimile: 858-550-6420
> Email:  amojdehi@cooley.com
>             jgertz@cooley.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in this case, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, electronic mail, hand delivery, telephone, fax or otherwise filed or made with regard to the above-captioned cases.

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

809005 v2/SD

2.

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

Case: 13-30340    Doc# 17    Filed: 02/26/13    Entered: 02/26/13 09:36:38    Page 2 of 3

Dated: February 26, 2013

COOLEY LLP
ALI M.M. MOJDEHI (123846)
JANET D. GERTZ (231172)

By: /s/ Ali M.M. Mojdehi
Ali M. M. Mojdehi (123846)

Attorneys for Creditor
Qualcomm Incorporated

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

809005 v2/SD

3.

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

Case: 13-30340   Doc# 17   Filed: 02/26/13   Entered: 02/26/13 09:36:38   Page 3 of 3