COOLEY LLP
ALI M. M. MOJDEHI (123846)
(amojdehi@cooley.com)
JANET D. GERTZ (231172)
(jgertz@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

Attorneys for Creditor
Qualcomm Incorporated

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>GABRIEL TECHNOLOGIES CORPORATION and TRACE TECHNOLOGIES LLC,<br><br>Debtors. | Case No. 13-30340-DM<br><br>**CHAPTER 11**<br><br>Jointly Administered with Case No. 13-30341-DM<br><br>**CERTIFICATE OF SERVICE** |

I, Andrea K. Behrend, hereby declare as follows:

I am employed in the City and County of San Diego, CA. I am over the age of 18 years and not a party the the within action. My business address is: 4401 Eastgate Mall, San Diego, CA 92121-1909.

On February 26, 2013, via CM/ECF notification the following was served:

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**

on the parties in this action by electronic service, addressed as follows:

SEE ATTACHED SERVICE LIST

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

809165 v2/SD

**CERTIFICATE OF SERVICE**

Case: 13-30340   Doc# 22   Filed: 03/01/13   Entered: 03/01/13 10:31:53   Page 1 of 3

1  ☐ (BY U.S. MAIL) I placed each such sealed, prepaid envelope, for collection and mailing at Cooley LLP, San Diego, California, following ordinary business practices. I am familiar with the practice of collection for U.S. mail, said practice being that in the ordinary course of business, correspondence is picked up at our office the same day as it is placed for collection. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (BY CM/ECF NOTICE OF ELECTRONIC FILING) I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Courts transmission facilities, to the parties and/or counsel who are registered CM/ECF users set forth in the service list obtained form this Court.

☐ (BY FEDERAL EXPRESS) I placed each such sealed envelope, to be collected at Cooley LLP, San Diego, California, following ordinary business practices. I am familiar with the practice of Cooley LLP for collection and processing of overnight packages, said practice being that in the ordinary course of business, overnight packages are picked up by a representative of that company to be sent that same day.

☐ (BY FACSIMILE) Pursuant to agreement of counsel and California Rules of Court, Rule 2006, I transmitted the above documents by facsimile to the referenced facsimile number(s). The facsimile machine I used complied with Rule 2003 and no error was reported by the machine. Pursuant to Rule 2006, I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

☐ (BY ELECTRONIC MAIL ("E-MAIL") VIA PDF/ADOBE – COURTESY COPY) I caused such documents to be sent via e-mail to the below-listed names (as noted) and e-mail addresses and received confirmation electronic receipts indicating that this document was successfully transmitted to the parties named on the service list. *As indicated on service list with an e-mail address.*

☐ (BY PERSONAL SERVICE) I caused such documents to be delivered by hand to the addressee as indicated on the service list, by First Legal Support Services, 1111 6th Avenue, Suite 204, San Diego, CA 92101.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on March 1, 2013, at San Diego, California.

_____
Andrea K. Behrend

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

809165 v2/SD                    2.                    **CERTIFICATE OF SERVICE**

# SERVICE LIST

**13-30340 Notice will be electronically mailed via CM/ECF to:**

Vikas Kumar on behalf of U.S. Trustee Office of the U.S. Trustee / SF
vikas.kumar@usdoj.gov, vikasefiling@gmail.com

Merle C. Meyers on behalf of Debtor Gabriel Technologies Corporation
mmeyers@mlg-pc.com

Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

809165 v2/SD

3.

**CERTIFICATE OF SERVICE**

Case: 13-30340   Doc# 22   Filed: 03/01/13   Entered: 03/01/13 10:31:53   Page 3 of 3