COOLEY LLP
ALI M. M. MOJDEHI (123846)
(AMOJDEHI@COOLEY.COM)
JANET D. GERTZ (231172)
(JGERTZ@COOLEY.COM)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

Attorneys for Judgment Creditor
Qualcomm Incorporated

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>**GABRIEL TECHNOLOGIES CORP., et al.,**<br><br>Debtors. | Case No. 13-30340-DM<br>(Case No. 13-30341)<br><br>CHAPTER 11<br><br>(Jointly Administered)<br><br>**DECLARATION OF JANET D. GERTZ IN SUPPORT OF MOTION BY QUALCOMM INCORPORATED, PURSUANT TO 11 U.S.C. § 1112 FOR CONVERSION TO CASES UNDER CHAPTER 7 OR, IN THE ALTERNATIVE, FOR APPOINTMENT OF A CHAPTER 11 TRUSTEE, FOR CAUSE**<br><br>Date: May 10, 2013<br>Time: 10:00 a.m.<br>Court: Courtroom No. 22<br>235 Pine Street, 22nd Floor<br>San Francisco, CA<br>Judge: Hon. Dennis Montali |

I, Janet D. Gertz, declare as follows:

1. I am an attorney at law duly licensed to practice before all courts of the State of California and the United States District Court for the Northern District of California. I am an associate in the law firm of Cooley LLP, counsel for Qualcomm Incorporated ("Qualcomm"),

judgment creditor of the above-captioned debtors and debtors-in-possession, Gabriel Technologies Corp. ("Gabriel") and Trace Technologies, LLC ("Trace" and together with Gabriel, the "Debtors").

2. I make this Declaration in support of Qualcomm's Motion, Pursuant to 11 U.S.C. § 1112, for Conversion to Cases under Chapter 7, or in the Alternative, for Appointment of a Chapter 11 Trustee, for Cause (the "Motion"). The facts set forth herein are personally known to me and, if called as a witness, I could and would competently testify thereto. All capitalized terms used but not defined herein shall have the meaning ascribed to them in the Memorandum of Points and Authorities in Support of the Motion.

3. I have reviewed the case files including certain discovery that was produced to Cooley in its capacity as Qualcomm's counsel during the course of the proceedings in the Qualcomm Lawsuit.

4. **Exhibit 1** is a true and correct copy of a January 2010 e-mail exchange between Maurice "Mo" Shanley, former CFO of Gabriel, and John Hall, a member of Gabriel's Board of Directors, received in production.

5. **Exhibit 2** is a true and correct copy of a late 2009 e-mail exchange between Mr. Shanley and Mr. Hall, also received in production.

6. I accessed certain public records on Lexis.com which may be regulated by, among other laws, the Drivers' Privacy Protection Act of 1994 and the Gramm-Leach-Bliley Act. Using a "Litigation" permissible use setting, I was able to access certain records about Byron Nelson which reflected that Nelson serves as the officer or director of numerous entities, several of which have had their state charters suspended/forfeited or permanently revoked and/or in delinquent status. Mr. Nelson is also reflected to be (i) the secretary of Riviera Finance of Oregon, Inc.; (ii) a director of Riviera Finance of Phoenix, Inc.; and (iii) the secretary of Riviera Finance, Inc. In order to avoid disclosure of potentially personally identifiable information, the specific records I accessed have not been attached hereto, but I will make them available to the Court for *in camera* review upon request.

7. On March 12, 2013, Cooley personnel accessed the Delaware Secretary of State's website at www.corp.delaware.gov, to perform an entity search of Gabriel. A true and correct copy of the information Cooley received about Gabriel is attached to the Request for Judicial Notice ("RJN"), filed concurrently herewith, as **Exhibit 32**.

8. Also on March 12, 2013, Cooley personnel accessed the Nevada Secretary of State's website at nvsos.gov, to perform an entity search of Trace. A true and correct copy of the information Cooley received about Trace is attached to the RJN, filed concurrently herewith, as **Exhibit 33**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 3rd day of April, 2013, at San Diego, California.

_____
Janet D. Gertz