'Moe Shanley

**From:** John Hall [jh11@sbcglobal.net]
**Sent:** Tuesday, January 05, 2010 11:32 AM
**To:** Moe Shanley
**Subject:** RE: GWLK Proposal

Moe,
Totally understand. We are fighting on so many fronts.
Right now my goal is to find funding so I can pay anyone. If you can help God love you.
The company only has one employee, the CEO George Tingo, and no funds to continue to paying him.
Let's talk tomorrow on how you can help us raise funds.
Keep praying and will get there...I hope.


--- On **Tue, 1/5/10, Moe Shanley** <*moeshanley@yahoo.com*> wrote:

From: Moe Shanley <moeshanley@yahoo.com>
Subject: RE: GWLK Proposal
To: "'John Hall'" <jh11@sbcglobal.net>
Date: Tuesday, January 5, 2010, 9:23 AM

Thanks for the update. I think anyone looking to invest money with GWLK will want to see some management with the company going forward that has past experience with the company with will be beneficial to the company going forward. I did not involve myself in past fund raising. The only exception was with a family and friends deal, as a consultant, and the bank line with the Bank of Nebraksa financing inventory and receivables. I would be glad to meet with investors you are talking to, if it would give them some comfort. As I stated before, I have committed all personally and financially to this company in the past 6 years. I committed to my wife over the weekend that it was time to bring some conclusion to GWLk, it's time to make this work one last time, or time for me to move on. I've got a lot riding on GWLK, but if I don't make it through the short time, the long term doesn't matter.

Moe

**From:** John Hall [mailto:jh11@sbcglobal.net]
**Sent:** Tuesday, January 05, 2010 10:32 AM
**To:** Maurice Shanley
**Subject:** Re: GWLK Proposal

Moe,
Thanks you sharing your thoughts.
It has been a difficult time for all who ever were involved with Gabriel. For someone like yourself a lot more difficult and a lot longer than myself who has only been disappointed at every turn since May.
Communication to the shareholders must be accurate. With all things Gabriel nothing and I repeat nothing

1

Δ π EXHIBIT 28
Deponent Shanley
Date 01/21/11 Rptr.
WWW.DEPOBOOK.COM

appears the way it seems. So it's taken time and money to sort out the truth.
Financially here's the present state of the company. It's broke and on life support. Why? Well try this on for size about the past management up till June this year;

1) They issued all 40m shares allowed under the corp by-laws
2) They issued all 20m warrants allowed under the corp by-laws
3) They issued an unknown number of SEU's (stock equivalency units) which carry the same value as common stock. Since there is no transfer agent or register we have no idea how many of these are there.
4) In the Spring of 2008 they completed raising $5.7m from short term debt due Dec. 31 2010. The debt is repayable at double the funding. So the company is liable for $11.4m in 360 days.
5) The past management then distributed 30% of the gross company's proceeds of the Qualcomm case in the form of IP (intelectual property) interst.
6) Of all the capital that was raised approxiamtely $400k only todate was spent on the law suit and $1.2m on corporate legal fees.

When the new board took over in June the company owed over $1m of which $700k went to Munck Carter.

Munck Carter never produced the materials the board requested so Gabriel could obtain third party financing for the lawsuit from major investment banking companies. These companies talked to Munck Carter requesting material but to no avail. Unexplainable!! and outragoius.

Munck Carter told us that they could only proceed unless the board dropped the State Court action because they would be conflicted out. Impossible to do with what the new board knew went on in the company, least we become accessories to the acts of the past board. I could go on and on.

In summary, we are looking for financing, a new law firm, but with what. The cuboard is bare. The case as never been developed beyond filling a complaint over something that happened 10 years ago. There is no package with the 20 most important documents and the narative that supports the case. It doesn't exist. So we are undertaking this huge task with no money, limited resources, and no time due to Munck's withdrawal.

We have been turned down everywhere we go. Why would anyone invest a dime. Not even Guido will give us money and why would he. The case will cost $10m all in, with half that to be spent the first year.

There are only a few full contingiency firms that can afford to take on a case of this size and complexity. They won't touch this case because we have no case. Just a lot of talk.

Munck Carter would not allow us to find new counsel before they resigned unless we gave them a full release. That was impossible. We don't know if they blew the statue of limitations on the Qualcomm case etc. much less their possible involvemnet in all the other sanagagins that went on.

All this said, we need your help and everyone involved knows we need to compensate you. You had a front row seat at the birth of this case and that has value. Now all we have to do is find the money to pay you.

Other than the above everything is great, Haha

--- On Tue, 1/5/10, Maurice Shanley <*moeshanley@yahoo.com*> wrote:

2