


Home | Latest Filings | Previous Page

# U.S. Securities and Exchange Commission

# EDGAR Search Results

Search the Next-Generation EDGAR System

SEC Home » Search the Next-Generation EDGAR System » Company Search » *Current Page*

### GABRIEL TECHNOLOGIES CORP CIK#: 0001009833
(see all company filings)
SIC: 7310 - SERVICES-ADVERTISING
State location: NE | State of Inc.: **DE** | Fiscal Year End: 1231
formerly: PRINCETON VIDEO IMAGE INC (filings through 2004-07-30)
(Assistant Director Office: 11)
Get **insider transactions** for this **issuer**.

Business Address
740 NORTH 129TH ST.
#105
OMAHA NE 68154
4026140498

Mailing Address
740 NORTH 129TH ST.
#105
OMAHA NE 68154

Filter Results:
Filing Type: [ ]
Prior to: (YYYYMMDD) [ ]
Ownership? ○ include ● exclude ○ only
Limit Results Per Page [40 Entries ▼]
[Search] [Show All]

Items 1 - 40 📶 RSS Feed                                                                                     [Next 40]

| Filings | Format | Description | Filing Date | File/Film Number |
|---|---|---|---|---|
| 8-K | Documents | Current report, items 1.03 and 5.02<br>Acc-no: 0001019687-13-000661 (34 Act) Size: 16 KB | 2013-03-04 | 000-23415<br>13661105 |
| 8-K | Documents | Current report, items 8.01 and 9.01<br>Acc-no: 0001019687-12-003578 (34 Act) Size: 88 KB | 2012-10-04 | 000-23415<br>121129572 |
| 8-K | Documents | Current report, items 8.01 and 9.01<br>Acc-no: 0001019687-12-003285 (34 Act) Size: 34 KB | 2012-09-10 | 000-23415<br>121082562 |
| 8-K | Documents | Current report, items 8.01 and 9.01<br>Acc-no: 0001019687-12-000942 (34 Act) Size: 33 KB | 2012-03-14 | 000-23415<br>12690223 |
| 8-K | Documents | Current report, item 8.01<br>Acc-no: 0001019687-11-003855 (34 Act) Size: 21 KB | 2011-12-15 | 000-23415<br>111262086 |
| 8-K | Documents | Current report, items 1.01, 2.03, 3.02, 8.01, and 9.01<br>Acc-no: 0001019687-11-003191 (34 Act) Size: 1 MB | 2011-10-11 | 000-23415<br>111135864 |
| 8-K | Documents | Current report, items 8.01 and 9.01<br>Acc-no: 0001019687-11-000274 (34 Act) Size: 69 KB | 2011-01-25 | 000-23415<br>11546371 |
| 8-K | Documents | Current report, items 1.01, 2.03, 3.02, 8.01, and 9.01<br>Acc-no: 0001019687-10-001139 (34 Act) Size: 256 KB | 2010-03-26 | 000-23415<br>10708552 |
| 8-K | Documents | Current report, items 1.01, 2.03, 5.02, 7.01, and 9.01<br>Acc-no: 0001019687-10-000305 (34 Act) Size: 355 KB | 2010-01-27 | 000-23415<br>10551252 |
| 8-K | Documents | Current report, items 1.01, 2.03, 7.01, 8.01, and 9.01<br>Acc-no: 0001019687-09-003432 (34 Act) Size: 150 KB | 2009-09-24 | 000-23415<br>091084968 |
| 8-K | Documents | Current report, items 1.01, 2.01, 7.01, and 9.01<br>Acc-no: 0001019687-09-002556 (34 Act) Size: 35 KB | 2009-07-20 | 000-23415<br>09953682 |
| 8-K/A | Documents | [Amend]Current report, items 1.01, 2.03, and 5.02<br>Acc-no: 0001019687-09-002194 (34 Act) Size: 38 KB | 2009-06-19 | 000-23415<br>09899712 |
| 8-K | Documents | Current report, items 5.02 and 8.01<br>Acc-no: 0001019687-09-002060 (34 Act) Size: 27 KB | 2009-06-09 | 000-23415<br>09880642 |

Case: 13-30340    Doc# 45-1    Filed: 04/03/13    Entered: 04/03/13 14:23:02    Page 1 of 3

| Form | | Description | Date | File/Film Number |
|---|---|---|---|---|
| 8-K | Documents | Current report, items 1.01, 2.03, and 5.02<br>Acc-no: 0001019687-09-001717 (34 Act) Size: 33 KB | 2009-05-14 | 000-23415<br>09823824 |
| 8-K | Documents | Current report, item 8.01<br>Acc-no: 0001019687-09-000763 (34 Act) Size: 23 KB | 2009-03-06 | 000-23415<br>09663855 |
| 8-K | Documents | Current report, items 7.01 and 9.01<br>Acc-no: 0001019687-08-004649 (34 Act) Size: 43 KB | 2008-10-27 | 000-23415<br>081141225 |
| 8-K | Documents | Current report, items 1.01, 1.02, 2.03, 3.02, 7.01, and 9.01<br>Acc-no: 0001019687-08-002948 (34 Act) Size: 1 MB | 2008-07-03 | 000-23415<br>08938463 |
| 8-K | Documents | Current report, item 8.01<br>Acc-no: 0001019687-08-002609 (34 Act) Size: 19 KB | 2008-06-10 | 000-23415<br>08890604 |
| 8-K/A | Documents | [Amend]Current report, item 1.02<br>Acc-no: 0001019687-08-000685 (34 Act) Size: 24 KB | 2008-02-19 | 000-23415<br>08627105 |
| 8-K | Documents | Current report, items 5.02 and 8.01<br>Acc-no: 0001019687-08-000499 (34 Act) Size: 25 KB | 2008-02-08 | 000-23415<br>08587666 |
| 8-K | Documents | Current report, item 1.02<br>Acc-no: 0001019687-08-000473 (34 Act) Size: 22 KB | 2008-02-07 | 000-23415<br>08584802 |
| 8-K | Documents | Current report, item 7.01<br>Acc-no: 0001019687-08-000298 (34 Act) Size: 21 KB | 2008-01-24 | 000-23415<br>08548179 |
| CORRESP | Documents | [Cover]Correspondence<br>Acc-no: 0001019687-08-000141 Size: 39 KB | 2008-01-10 | |
| 8-K/A | Documents | [Amend]Current report, items 1.01, 4.01, 8.01, and 9.01<br>Acc-no: 0001019687-08-000011 (34 Act) Size: 70 KB | 2008-01-02 | 000-23415<br>08501151 |
| UPLOAD | Documents | [Cover]SEC-generated letter<br>Acc-no: 0000000000-07-060410 Size: 63 KB | 2007-12-13 | |
| 8-K | Documents | Current report, items 1.01, 4.01, and 8.01<br>Acc-no: 0001019687-07-004280 (34 Act) Size: 98 KB | 2007-12-11 | 000-23415<br>071299306 |
| 8-K | Documents | Current report, item 8.01<br>Acc-no: 0001019687-07-002770 (34 Act) Size: 27 KB | 2007-08-24 | 000-23415<br>071077137 |
| 8-K | Documents | Current report, items 1.01, 5.02, and 9.01<br>Acc-no: 0001019687-07-002223 (34 Act) Size: 165 KB | 2007-07-23 | 000-23415<br>07994272 |
| 8-K | Documents | Current report, item 5.02<br>Acc-no: 0001019687-07-002070 (34 Act) Size: 23 KB | 2007-07-10 | 000-23415<br>07971934 |
| **10QSB** | **Documents** | **Optional form for quarterly and transition reports of small business issuers**<br>**Acc-no: 0001019687-07-001840 (34 Act) Size: 2 MB** | **2007-06-15** | **000-23415**<br>**07924068** |
| 8-K | Documents | Current report, item 5.02<br>Acc-no: 0001019687-07-001278 (34 Act) Size: 24 KB | 2007-05-07 | 000-23415<br>07821998 |
| 10QSB/A | Documents | [Amend]Optional form for quarterly and transition reports of small business issuers<br>Acc-no: 0001019687-07-000794 (34 Act) Size: 1 MB | 2007-03-20 | 000-23415<br>07706142 |
| 10QSB | Documents | Optional form for quarterly and transition reports of small business issuers<br>Acc-no: 0001019687-07-000524 (34 Act) Size: 2 MB | 2007-02-20 | 000-23415<br>07636607 |
| NT 10-Q | Documents | Notification of inability to timely file Form 10-Q or 10-QSB<br>Acc-no: 0001019687-07-000462 (34 Act) Size: 31 KB | 2007-02-15 | 000-23415<br>07624942 |
| 8-K | Documents | Current report, items 1.01, 1.02, and 5.02<br>Acc-no: 0001019687-07-000299 (34 Act) Size: 36 KB | 2007-02-06 | 000-23415<br>07583848 |
| 10QSB | Documents | Optional form for quarterly and transition reports of small business issuers<br>Acc-no: 0001019687-06-003115 (34 Act) Size: 1 MB | 2006-12-20 | 000-23415<br>061288598 |
| 10KSB/A | Documents | [Amend]Optional form for annual and transition reports of small business issuers [Section 13 or 15(d), not S-B Item 405]<br>Acc-no: 0001019687-06-003039 (34 Act) Size: 2 MB | 2006-12-11 | 000-23415<br>061266918 |
| 8-K | | Current report, item 8.01 | 2006-11- | 000-23415 |

| | | | | |
|---|---|---|---|---|
| | Documents | Acc-no: 0001019687-06-002806 (34 Act) Size: 24 KB | 17 | 061225922 |
| 10KSB | Documents | Optional form for annual and transition reports of small business issuers [Section 13 or 15(d), not S-B Item 405] Acc-no: 0001019687-06-002775 (34 Act) Size: 5 MB | 2006-11-16 | 000-23415 061221740 |
| NT 10-Q | Documents | Notification of inability to timely file Form 10-Q or 10-QSB Acc-no: 0001019687-06-002765 (34 Act) Size: 44 KB | 2006-11-15 | 000-23415 061220502 |

Next 40

*http://www.sec.gov/cgi-bin/browse-edgar*

Home | Search the Next-Generation EDGAR System | Previous Page

Modified 03/14/2012