COOLEY LLP
ALI M. M. MOJDEHI (123846)
(AMOJDEHI@COOLEY.COM)
JANET D. GERTZ (231172)
(JGERTZ@COOLEY.COM)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

Attorneys for Judgment Creditor
Qualcomm Incorporated

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re

**GABRIEL TECHNOLOGIES CORP., et al.,**

Debtors.

Case No. 13-30340-DM
(Case No. 13-30341)

CHAPTER 11

(Jointly Administered)

**DECLARATION OF ANDREA K. BEHREND IN SUPPORT OF MOTION BY QUALCOMM INCORPORATED, PURSUANT TO 11 U.S.C. § 1112 FOR CONVERSION TO CASES UNDER CHAPTER 7 OR, IN THE ALTERNATIVE, FOR APPOINTMENT OF A CHAPTER 11 TRUSTEE, FOR CAUSE**

Date: May 10, 2013
Time: 10:00 a.m.
Court: Courtroom No. 22
235 Pine Street, 22nd Floor
San Francisco, CA
Judge: Hon. Dennis Montali

I, Andrea K. Behrend, declare as follows:

1. I am the assistant to Ali M.M. Mojdehi, a partner in the law firm of Cooley LLP ("Cooley"), counsel for Qualcomm Incorporated ("Qualcomm"), judgment creditor of the above-captioned debtors and debtors-in-possession (together, the "Debtors").

2. I make this Declaration in support of Qualcomm's Motion, Pursuant to 11 U.S.C. § 1112, for Conversion to Cases under Chapter 7, or in the Alternative, for Appointment of a Chapter 11 Trustee, for Cause (the "Motion"). The facts set forth herein are personally known to me and, if called as a witness, I could and would competently testify thereto. All capitalized terms used but not defined herein shall have the meaning ascribed to them in the Memorandum of Points and Authorities in support of the Motion, filed concurrently herewith.

3. On March 13, 2013, upon his return from San Francisco and the Meeting of Creditors, Mr. Mojdehi gave me a CD containing an audio transcript of the Meeting of Creditors held on March 12, 2013 (the "Audio Transcript").

4. On the same day, I sent the CD containing the Audio Transcript to Cooley's document processing department ("DP") with a request to create a verbatim written transcription of the Audio Transcript (the "Written Transcript"). Later that same day (March 13, 2013), I received a draft of the Written Transcript from DP.

5. Thereafter, I edited the Written Transcript by reading through it while simultaneously listening to the Audio Transcript on the CD.

6. On March 25, 2013, I completed my edits and finalized the Written Transcript. A true and correct copy of the final edited Written Transcript is attached to the Request for Judicial Notice, filed concurrently herewith, as **Exhibit 31**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 3rd day of April, 2013, at San Diego, California.

_____
Andrea K. Behrend