MEYERS LAW GROUP, P.C.
MERLE C. MEYERS, ESQ. CA Bar #66849
MICHELE THOMPSON, ESQ. CA Bar #241676
44 Montgomery Street, Suite 1010
San Francisco, CA 94104
Telephone: (415) 362-7500
Facsimile: (415) 362-7515

Counsel for Gabriel Technologies Corporation and
Trace Technologies, LLC, Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re

GABRIEL TECHNOLOGIES CORP. et al,

Debtors.

E.I.N.s 22-3062052; 20-1711149

Case No. 13-30340 - DM
(Case no. 13-30341)

Chapter 11

(Jointly Administered)

### NOTICE OF SUBMISSION OF DEBTORS' DRAFT [PROPOSED] DISCLOSURE STATEMENT FOR DEBTORS' JOINT PLAN OF REORGANIZATION

GABRIEL TECHNOLOGIES CORPORATION and TRACE TECHNOLOGIES, LLC, the debtors-in-possession herein (collectively, the "Debtors"), by and through their undersigned counsel, hereby submit the draft form of the *[Proposed] Disclosure Statement For Debtors' Joint Plan of Reorganization* that is attached hereto as **Exhibit "A"** (the "Draft Statement"), in connection with the *Debtors' Joint Plan of Reorganization (Dated April 24, 2013)* (the "Plan"), filed concurrently herewith.

The Draft Statement is submitted in draft form because certain pending events and motions referenced in the statement have not yet been completed or resolved, and information regarding those matters will be updated when appropriate. A hearing to consider the sufficiency of the Draft Statement has not yet been scheduled, and the Draft Statement will be amended and updated prior to any such hearing.

1

NOTICE OF SUBMISSION OF DEBTORS' DRAFT [PROPOSED] DISCLOSURE STATEMENT FOR DEBTORS' JOINT PLAN OF REORGANIZATION

Case: 13-30340   Doc# 82   Filed: 04/24/13   Entered: 04/24/13 18:31:52   Page 1 of 2

The Draft Statement has not yet been approved by the Bankruptcy Court pursuant to Section 1125 of the Bankruptcy Code and Rule 3017 of the Federal Rules of Bankruptcy Procedure. Notice of a hearing to consider such approval will be provided at a later time.

DATED: April 24, 2013

MEYERS LAW GROUP, P.C.

By   /s/ Merle Meyers
Merle Meyers, Esq.
Counsel for Debtors-in-Possession

2
NOTICE OF SUBMISSION OF DEBTORS' DRAFT [PROPOSED] DISCLOSURE STATEMENT FOR DEBTORS' JOINT PLAN OF REORGANIZATION
Case: 13-30340　Doc# 82　Filed: 04/24/13　Entered: 04/24/13 18:31:52　Page 2 of 2