MEYERS LAW GROUP, P.C.
MERLE C. MEYERS, ESQ. CA Bar #66849
MICHELE THOMPSON, ESQ. CA Bar #241676
44 Montgomery Street, Suite 1010
San Francisco, CA 94104
Telephone: (415) 362-7500
Facsimile: (415) 362-7515

Counsel for Gabriel Technologies Corporation
and Trace Technologies, LLC, Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>GABRIEL TECHNOLOGIES CORP. et al.,<br><br>Debtors.<br><br>E.I.N.s 22-3062052; 20-1711149 | Case No. 13-30340 - DM<br>(Case no. 13-30341)<br><br>Chapter 11<br>(Jointly Administered)<br><br>Date: May 17, 2013<br>Time: 10:00 a.m.<br>Court: Courtroom No. 22<br>235 Pine Street, 22nd Floor<br>San Francisco, CA<br>Judge: Honorable Dennis Montali |

**DECLARATION OF JONATHAN PIURKO IN OPPOSITION
TO QUALCOMM INCORPORATED'S MOTION FOR
CONVERSION OR APPOINTMENT OF A CHAPTER 11 TRUSTEE**

I, JONATHAN PIURKO, declare:

1. I am the Managing Director and Chief Legal Officer of Northwater Capital Management, Inc. which manages Northwater Intellectual Property Fund L.P. 3A ("Northwater"), a secured creditor of Gabriel Technologies Corporation, a Delaware corporation, and Trace Technologies, LLC, a Nevada limited liability company (collectively, the "Debtors"), the debtors-in-possession herein. In such capacity, I have personal knowledge of each of the facts stated herein, except as otherwise stated below, and could testify thereto if called upon to do so in a court of law.

2. I make this declaration in support of the *Debtors' Opposition to Qualcomm*

-1-

Case: 13-30340    Doc# 91    Filed: 05/03/13    Entered: 05/03/13 16:48:44    Page 1 of 2

*Incorporated's Motion For Conversion Or Appointment of a Chapter 11 Trustee* (the "Debtors' Opposition"), filed concurrently herewith by the Debtors.

3. Northwater is a prepetition creditor of the Debtors, having advanced funds to the Debtors in excess of $3,300,000. Under the terms of the loan agreement between Northwater and the Debtors, Northwater is presently owed an amount in excess of $15,000,000. Northwater's claim is secured by a security interest in all of the Debtors' personal property.

4. Northwater has negotiated extensively with the Debtors and with the Official Committee of Unsecured Creditors appointed in these cases (the "Committee"), as well as with other creditors, with regard to a restructuring and reorganization of the Debtors in these pending chapter 11 cases. The product of those negotiations is the *Debtors' Joint Plan of Reorganization (Dated April 24, 2013)*, filed by the Debtors on April 24, 2013 (the "Plan," docket no. 81).

5. Northwater fully supports confirmation of the Plan and believes that it is in the best interests of creditors of the Debtors. Further, Northwater has agreed to provide funding to the Reorganized Debtor, upon confirmation and effectiveness of the Plan, upon the terms and conditions of the Plan, as the "Reorganization Lender."

6. Northwater does not believe that conversion of the Debtors' cases to chapter 7, or the appointment of a chapter 11 trustee, would be in the best interests of creditors. Rather, Northwater believes that the plan confirmation process should be allowed to proceed, and the Debtors should be permitted to prosecute their appeals of the judgments and orders issued by the United States District Court in San Diego, California in favor of Qualcomm Incorporated.

7. I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on April 26, 2013 at Toronto, Ontario, Canada.

_____
JONATHAN PIURKO

-2-

DECLARATION OF JONATHAN PIURKO IN OPPOSITION TO QUALCOMM INCORPORATED'S MOTION FOR CONVERSION OR APPOINTMENT OF A CHAPTER 11 TRUSTEE
28502.DOC 20102

Case: 13-30340    Doc# 91    Filed: 05/03/13    Entered: 05/03/13 16:48:44    Page 2 of 2