Signed and Filed: May 27, 2013



_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

```
In re                                ) Bankruptcy Case
                                     ) No. 13-30340DM
GABRIEL TECHNOLOGIES CORP., et al.,) (No. 13-30341)
                                     )
                      Debtors.       ) Chapter 11
_____)
```

ORDER DENYING MOTION FOR CONVERSION TO
CHAPTER 7 OR APPOINTMENT OF A CHAPTER 11 TRUSTEE

For the reasons stated in the court's Memorandum Decision on Motion for Conversion to Chapter 7 or Appointment of a Chapter 11 Trustee, Qualcomm Incorprated's Motion For Conversion, etc. is DENIED.

**END OF ORDER**

-1-