COOLEY LLP
ALI M. M. MOJDEHI (123846)
(AMOJDEHI@COOLEY.COM)
JANET D. GERTZ (231172)
(JGERTZ@COOLEY.COM)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

Attorneys for Creditor
Qualcomm Incorporated

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>**GABRIEL TECHNOLOGIES CORP., et al.,**<br><br>Debtors.<br><br>Chapter Number: 11 | Case No. 13-30340-DM<br>(Case No. 13-30341)<br><br>CHAPTER 11<br><br>(Jointly Administered)<br><br>**DECLARATION OF JANET DEAN GERTZ IN SUPPORT OF MOTION BY QUALCOMM INCORPORATED FOR DETERMINATION OF THRESHOLD ISSUES RELATING TO PLAN CONFIRMATION, PURSUANT TO ORDER ON STIPULATION**<br><br>Date: July 30, 2013<br>Time: 1:30 p.m.<br>Court: Courtroom No. 22<br>235 Pine Street, 22nd Floor<br>San Francisco, CA<br>Judge: Hon. Dennis Montali |

TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE; AND OTHER PARTIES IN INTEREST:

I, Janet Dean Gertz, declare as follows:

1. I am an attorney at law duly licensed to practice before all courts of the State of California and the United States District Court for the Northern District of California. I am a senior associate in the law firm of Cooley LLP ("Cooley"), counsel for Qualcomm Incorporated

("Qualcomm"), judgment creditor of the above-captioned debtors and debtors-in-possession (together, the "Debtors").

2. I make this Declaration in support of Qualcomm's *Motion for Determination of Threshold Issues Relating to Plan Confirmation, Pursuant to Order on Stipulation* ("Motion"). All capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

3. In the course of the review of the factual background for the Motion, I, together with my colleagues, researched the on-line files of the SEC for filings made by Gabriel. These online files were printed from www.SEC.gov, and are replicated here.

4. I also personally participated in generating the discovery requests that were provided to the Debtors, and I reviewed the discovery that was produced to Qualcomm by the Debtors. I also took note of the key documents that were missing from the Debtors' production.

5. Attached hereto as Exhibit "1" is a true and correct copy of Gabriel's July 1, 2007 Form 8-K.

6. Attached hereto as Exhibit "2" is a true and correct copy of a 2008 promissory note attached as Exhibit 10.7 to Gabriel's Form 8-K filed July 3, 2008.

7. Attached hereto as Exhibit "3" is a true and correct copy of a form of 2008 warrant certificate attached as Exhibit 10.8 to Gabriel's Form 8-K filed July 3, 2008.

8. Attached hereto as Exhibit "4" is a true and correct copy of a form of promissory note issued to Kelly Fegen dated February 28, 2007, attached as Exhibit 10.8 to Gabriel's Form 8-K filed June 15, 2007.

9. Attached hereto as Exhibit "5" is a true and correct copy of Gabriel's June 9, 2009 Form 8-K.

10. Attached hereto as Exhibit "6" is a true and correct copy of Gabriel's January 6, 2009 Form 8-K.

11. Attached hereto as Exhibit "7" is a true and correct copy of a Promissory Note Purchase Agreement dated August 21, 2009, attached as Exhibit 10.1 to Gabriel's Form 8-K filed September 24, 2009.

12. Attached hereto as Exhibit "8" is a true and correct copy of Gabriel's August 21, 2009 Form 8-K.

13. Attached hereto as Exhibit "9" is a true and correct copy of a 2009 Promissory Note attached as Exhibit 1.2 to Gabriel's Form 8-K.

14. Attached hereto as Exhibit "10" is a true and correct copy of a Form of Promissory Note Purchase Agreement effective January __, 2010, attached as Exhibit 10.3 to Gabriel's Form 8-K filed January 27, 2010.

15. Attached hereto as Exhibit "11" is a true and correct copy of a form of Promissory Note dated January __, 2010, attached as Exhibit 10.3 to Gabriel's Form 8-K filed January 27, 2010.

16. Attached hereto as Exhibit "12" is a true and correct copy of a form of Promissory Note Purchase Agreement dated March __, 2010, attached as Exhibit 10.1 to Gabriel's Form 8-K filed March 26, 2010.

17. Attached hereto as Exhibit "13" is a true and correct copy of the Note Purchase Agreement (complete with exhibits and attachments) that was produced to Qualcomm by the Debtors, Bates Nos. GAB000258-440.

18. Attached hereto as Exhibit "14" is a true and correct copy of the Term Sheet that was produced to Qualcomm by the Debtors, Bates Nos. GAB000618-627.

19. Attached hereto as Exhibit "15" is a true and correct copy of Gabriel's September 16, 2011 Form 8-K.

20. Attached hereto as Exhibit "16" is a true and correct copy of the Common Interest Agreement that was produced to Qualcomm by the Debtors, Bates Nos. GAB000441-448.

21. Attached hereto as Exhibit "17" is a true and correct copy of the schedule of disbursements for the 2011 Note Purchase Agreement that was produced to Qualcomm by the Debtors, Bates No. GAB001230

22. In my review of the SEC filings, I noted that the noteholders are repeatedly referred to by Gabriel as "investors."

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 1st day of July, 2013, at San Diego, California.

/s/ Janet Dean Gertz
Janet Dean Gertz