MEYERS LAW GROUP, P.C.
MERLE C. MEYERS, ESQ. CA Bar #66849
MICHELE THOMPSON, ESQ. CA Bar #241676
44 Montgomery Street, Suite 1010
San Francisco, CA 94104
Telephone: (415) 362-7500
Facsimile: (415) 362-7515

Counsel for Gabriel Technologies Corporation
and Trace Technologies, LLC, Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>GABRIEL TECHNOLOGIES CORP. et al.,<br><br>Debtors.<br><br><br>E.I.N.s 22-3062052; 20-1711149 | Case No. 13-30340 - DM<br>(Case no. 13-30341)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>Date: July 30, 2013<br>Time: 1:30 p.m.<br>Court: Courtroom No. 22<br>235 Pine Street, 22nd Floor<br>San Francisco, CA<br>Judge: Honorable Dennis Montali |

**DECLARATION OF JONATHAN PIURKO IN SUPPORT OF
DEBTORS' OPPOSITION TO QUALCOMM INCORPORATED'S MOTION FOR
DETERMINATION OF THRESHOLD ISSUES RELATING TO PLAN CONFIRMATION**

I, JONATHAN PIURKO, declare:

1. I am the Managing Director and Chief Legal Officer of Northwater Capital Management, Inc. which manages Northwater Intellectual Property Fund L.P. 3A ("Northwater"), a secured creditor of GABRIEL TECHNOLOGIES CORPORATION ("Gabriel") and TRACE TECHNOLOGIES, LLC ("Trace"), the debtors-in-possession herein (collectively, the "Debtors"). In such capacity, I have personal knowledge of each of the facts stated herein, except as otherwise stated below, and could testify thereto if called upon to do so in a court of law.

2. I make this declaration in support of the *Debtors' Opposition to Qualcomm*

-1-

DECLARATION OF JONATHAN PIURKO IN SUPPORT OF DEBTORS' OPPOSITION TO QUALCOMM INCORPORATED'S MOTION
FOR DETERMINATION OF THRESHOLD ISSUES RELATING TO PLAN CONFIRMATION
28648.DOC/20102

Case: 13-30340    Doc# 162    Filed: 07/17/13    Entered: 07/17/13 17:15:33    Page 1 of 2

*Incorporated's Motion Of Threshold Issues Relating To Plan Confirmation* (the "Debtors' Opposition"), filed concurrently herewith by the Debtors. All capitalized terms not herein defined are intended to have the meanings ascribed to them in the Debtors' Opposition.

3. Northwater, an equity fund based in Toronto, Canada, was the primary secured lender to the Debtors prior to the Petition Date. Northwater is owed in excess of $15,000,000, including non-principal charges, and asserts an all-encompassing security interest in all of Trace's assets, including general intangibles such as claims against Qualcomm and other defendants.

4. The Northwater claim is based on cash advances made by Northwater to or on behalf of the Debtors in the approximate amount of $3,100,000, beginning in 2011. Attached as **Exhibit "A"** hereto is a spreadsheet reflecting cash transfers made by Northwater as loans to the Debtors. Attached as **Exhibit "B"** hereto are the note and UCC-1 financing statements that document Northwater's secured claim and perfection of its security interest. Northwater's lien encumbering Trace's assets was granted by Trace in Section 7.1 of a Note Purchase Agreement dated as of September 2, 2011 (the "2011 Note Purchase Agreement"), which is attached as hereto **Exhibit "C"**.

5. Northwater agreed to make its secured loan to the Debtors only after thorough due diligence, including a review of the legal theories and facts underlying the Qualcomm Litigation, full documentation of the loan and security interests, and customary opinion letters from the Debtors' counsel regarding the efficacy of the loan. Prior to making its loan to the Debtors, Northwater had no connection whatsoever to either of the Debtors or their officer or directors.

6. I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on July 17, 2013 at Toronto, Ontario, Canada.

/s/ Jonathan Piurko
JONATHAN PIURKO

-2-

DECLARATION OF JONATHAN PIURKO IN SUPPORT OF DEBTORS' OPPOSITION TO QUALCOMM INCORPORATED'S MOTION FOR DETERMINATION OF THRESHOLD ISSUES RELATING TO PLAN CONFIRMATION

28648.DOC/20102