**Entered on Docket**
**July 10, 2014**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



MEYERS LAW GROUP, P.C.
MERLE C. MEYERS, ESQ., CA Bar #66849
MICHELE THOMPSON, ESQ., CA Bar #241356
44 Montgomery Street, Suite 1010
San Francisco, CA 94104
Telephone: (415) 362-7500
Facsimile: (415) 362-7515
Email: mmeyers@mlg-pc.com

Signed and Filed: July 8, 2014

_____
DENNIS MONTALI
U.S. Bankruptcy Judge

Counsel for Gabriel Technologies Corporation and
Trace Technologies, LLC, Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re

GABRIEL TECHNOLOGIES CORP. et al,

Debtors.

E.I.N.s 22-3062052; 20-1711149

Case No. 13-30340 – DM

(Jointly Administered)

Chapter 11

### ORDER CONVERTING CASES TO CHAPTER 7

Based upon the stipulation by and among GABRIEL TECHNOLOGIES CORPORATION and TRACE TECHNOLOGIES, LLC, the debtors-in-possession herein (collectively, the "Debtors"); QUALCOMM INCORPORATED, and good cause appearing therefor, NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Debtors' chapter 11 cases are hereby converted to cases under chapter 7 of the Bankruptcy Code, pursuant to 11 U.S.C. § 1112(a).

** END OF ORDER **

Approved as to form and substance:

COOLEY LLP

/s/ Ali M. Mojdehi
By: Ali M. Mojdehi, Esq.
Attorneys for Qualcomm Incorporated

# COURT SERVICE LIST

| | |
|---|---|
| U.S. Trustee Office – San Francisco<br>c/o Donna S. Tamanaha, Esq.<br>235 Pine Street, #700<br>San Francisco, CA 94104 | Creditor Qualcomm Incorporated<br>Ali. M. M. Mojdehi, Esq.<br>Janet D. Gertz, Esq.<br>Cooley LLP<br>4401 Eastgate Mall<br>San Diego, CA 92121<br>amojdehi@cooley.com<br>jgertz@cooley.com |
| Securities and Exchange Commission<br>Sandra Lavigna, Esq.<br>5670 Wilshire Blvd., 11th Floor<br>Los Angeles, CA 90036-3648<br>LavignaS@sec.gov | Securities and Exchange Commission<br>Morgan Bradylyons<br>Station Place<br>100 F. Street, N.E.<br>Washington D.C., 20549<br>bradylyonsm@sec.gov |
| Creditor Committee<br>c/o Maxim B. Litvak, Esq.<br>Gail Greenwood, Esq.<br>Pachulski, Stang, Ziehl and Jones<br>150 California Street, 15th Floor<br>San Francisco, CA 94111<br>hkevane@pszjlaw.com<br>ggreenwood@pszjlaw.com | R. Gibson Pagter, Jr.<br>PAGTER AND MILLER<br>525 N. Cabrillo Park Drive, Suite 104<br>Santa Ana, CA 92701<br>Email: gibson@pagterandmiller.com |