MEYERS LAW GROUP, P.C.
MERLE C. MEYERS, ESQ. CA Bar #66849
MICHELE THOMPSON, ESQ. CA Bar #241676
44 Montgomery Street, Suite 1010
San Francisco, CA 94104
Telephone: (415) 362-7500
Facsimile: (415) 362-7515

Counsel for Gabriel Technologies Corporation
and Trace Technologies, LLC, Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>GABRIEL TECHNOLOGIES CORP. et al.,<br><br>Debtors.<br><br>E.I.N.s 22-3062052; 20-1711149 | Case No. 13-30340 - DM<br>(Case no. 13-30341)<br><br>(Jointly Administered) |

## **DEBTORS' FINAL REPORT AND ACCOUNT**

Pursuant to Rule 1019(5)(A)(ii) of the Federal Rules of Bankruptcy Procedure, GABRIEL TECHNOLOGIES CORPORATION ("Gabriel") and TRACE TECHNOLOGIES, LLC ("Trace," and collectively with Gabriel, the "Debtors"), submit their *Debtors' Final Report And Account* as the debtors-in-possession herein from February 14, 2013 (the "Petition Date") to July 8, 2014, the date of conversion of both cases to chapter 7.

### I.  BACKGROUND

On October 8, 2013, the Court entered its *Order Suspending Cases Under Section 305* (the "Suspension Order," docket no. 215), suspending the above-captioned chapter 11 cases pending the outcome of the Debtors' appeals in prepetition litigation entitled *Gabriel Technologies Corporation, et.al. v. Qualcomm Incorporated, et. al.*, case no. 08CV1992 (the "Qualcomm Litigation"), initiated by the Debtors against Qualcomm Incorporated ("Qualcomm") and others (collectively, the "Defendants") in the District Court.

Prior to the commencement of the chapter 11 cases, the Qualcomm Litigation was summarily

decided by the District Court in favor of the Defendants (the "Judgment"). Also prior to the Petition Date, the District Court entered an order awarding attorneys' fees (the "Fee Order") in favor of the Defendants and against the Debtors. The Debtors appealed the Judgment and the Fee Order to the Federal Circuit Court, and both appeals were pending as of the Petition Date.

On March 18, 2014, the Federal Circuit Court entered orders affirming both the Judgment and the Fee Order. Pursuant to the Bankruptcy Court's Suspension Order, a status conference was scheduled for April 7, 2014 (the "Status Conference") in order to determine how to proceed in the Debtors' chapter 11 cases in light of the rulings. At that time, the Debtors, Qualcomm and the Committee of Unsecured Creditors appointed herein (the "Committee") advised the Court that their collective view was that it would be beneficial to all parties to continue the status conference to determine whether continuation of the chapter 11 process or a conversion to chapter 7 best suited the parties' interests. Accordingly, the Court continued the status conference to July 11, 2014.

A few days prior to the July 11, 2014 status conference, the Debtors, Qualcomm, and the Committee agreed that conversion to chapter 7 was appropriate at that time. Accordingly, the Court entered the agreed-upon order converting the cases.

## II. DEBTORS' ACTIVITY WHILE DEBTORS-IN-POSSESSION

Although the Debtors had no business activity while in possession of their chapter 11 estates, they nevertheless filed monthly operating reports, and paid the United States Trustee fees as they became due. The following are schedules of the Debtors' assets, receipts, and disbursements while in chapter 11:

### A. Estate Assets

| Checking Account, Wells Fargo | Balance as of May 31, 2014 | $112.00 |
|---|---|---|

### B. Schedule of Receipts and Disbursements

| **Receipts** | |
|---|---|
| Insurance premium refund | $9,930.00 |
| Lease deposit refund | $1,579.00 |
| Prepetition bank account funds | $54.00 |
| Funds advanced to Debtors | $1,492.00 |

LAW OFFICES
**MEYERS LAW GROUP, P.C.**
44 MONTGOMERY STREET, SUITE 1010
SAN FRANCISCO, CALIFORNIA 94104

| **TOTAL:** | **$12,515.00** |
|---|---|

| **Disbursements** | |
|---|---|
| Bank expense | $102.00 |
| Vendor expense | $323.00 |
| Miscellaneous expense | $632.00 |
| U.S. Trustee fees | $3,250.00 |
| Notice expense (paid to shareholder account agents) | $8,181.00 |
| **TOTAL:** | **$12,488.00** |

### C. Postpetition Debts

On July 25, 2014, the Debtors filed their *Debtors' Schedule Of Unpaid Postpetition Debt* (docket no. 246).

### D. State Court Settlement Proceeds

The Debtors, as plaintiffs, were parties in a civil action titled *Gabriel Technologies Corp., etc. v. Keith Feilmeier, etc., et al.*, Doc. 1092 No. 798 (the "Whittle Litigation"), filed in state court in Omaha, Nebraska, against, among other parties, the personal representatives of the probate estate (the "Whittle Estate") of Rick Whittle. The Debtors entered into a settlement agreement, approved by this Court upon entry of its order on October 21, 2013 (docket no. 221, the "Order"), with the Whittle Estate settling all claims in the Whittle Litigation.

Under the terms of the settlement, the Whittle Estate paid to the Debtors' counsel the cash sum of $40,000 (the "Settlement Proceeds"). The undersigned Debtors' counsel holds the Settlement Proceeds in trust for the Debtors' estate, subject to any enforceable liens or other encumbrances as set forth in the Order.

DATED: August 11, 2014

MEYERS LAW GROUP, P.C.

By   /s/ Merle C. Meyers, Esq.
    Attorneys for Debtors