TRACY HOPE DAVIS
United States Trustee for Region 17
U.S. Department of Justice
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 705-3333
Facsimile: (415) 705-3379

By:   DONNA S. TAMANAHA,
      Assistant U.S. Trustee (WI #1013199)
      Email: Donna.S.Tamanaha@usdoj.gov

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 13-30340 - DM |
| | (Case No. 13-30341) |
| GABRIEL TECHNOLOGIES CORP. | |
| *et al*, | (Jointly Administered) |
| Debtors. | |
| E.I.N.s 22-3062052; 20-1711149 | |

## REPORT OF UNDISPUTED ELECTION
(11 U.S.C. § 702)

Tracy Hope Davis, the United States Trustee for Region 17 ("the United States Trustee"), hereby submits her report of an undisputed election held under 11 U.S.C. § 702 and Fed. R. Bankr. P. 2003(d)(1).

<u>Meeting called.</u>  On August 12, 2014, at approximately 9:30 a.m., the United States Trustee, through the undersigned counsel, called the meeting of creditors in the above-captioned case.  The following appearances were made:  Merle C. Meyers, Counsel for Gabriel Technologies Corporation; Ali Mojdehi, Counsel for Qualcomm Incorporated; and Maxim Litvak, former Counsel for the Committee of Unsecured Creditors.

<u>Request for Election.</u>  Qualcomm Incorporated, through counsel, requested that an election be held.   There was no objection to Qualcomm's request.  The following documents

Report of Undisputed Election (11 U.S.C. § 702)        -1-

were acknowledged and incorporated into the record: the filing of a proof of claim by Qualcomm Incorporated in the amount of $12,427,531.47 (Claim 44-1) and the furnishing of a Special Power of Attorney by Counsel for Qualcomm. The Debtor listed a total of $21,353,440.48 in Schedule F ("Creditors Holding Unsecured Nonpriority Claims"). *See* PACER Doc. No. 23.

<u>Votes Cast</u>. Qualcomm Incorporated cast the sole ballot in the election in the amount of its claim of over $12 million for nominee Kavita Gupta. No other party cast a vote in the election. No party objected to the eligibility of Qualcomm Incorporated to vote. There was no dispute about the outcome of the election. Therefore, Kavita Gupta received the majority in amount of the votes cast.

<u>Name and Address of Elected Trustee.</u> There being no disputed to the eligibility of the requestor, its claim, or the election, the duly elected trustee is:

Kavita Gupta

Gupta │Ferrer LLP

4675 MacArthur Court, Suite 550

Newport Beach, California 92660

<u>Qualification of Trustee.</u> The trustee qualifies if before seven days of selection, and before beginning official duties, the elected trustee has complied with 11 U.S.C. § 322.

<u>Amount of Bond.</u> The United States Trustee has set the amount of bond at $75,000.

<u>Meeting of Creditors.</u> As stated on the record, the meeting was adjourned to August 26, 2014, at 9:30 a.m. and is subject to being adjourned again should the elected trustee qualifies in accordance with 11 U.S.C. § 322.

Dated: August 19, 2014

Tracy Hope Davis,
United States Trustee

By: /s/ Donna S. Tamanaha
Assistant United States Trustee