TRACY HOPE DAVIS
United States Trustee for Region 17
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104-2745
Telephone: (415) 705-3333
Facsimile: (415) 705-3379

By:    DONNA S. TAMANAHA (WI#1013199)
        Assistant United States Trustee
        Email: donna.s.tamanaha@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>**GABRIEL TECHNOLOGIES CORPORATION,**<br><br>        Debtor. | Case No. 13-30340 DM<br>(Case No. 13-30341)<br><br>Jointly Administered |

## NOTICE OF SELECTION OF TRUSTEE AND SETTING OF BOND AMOUNT

TO:    Kavita Gupta
        Gupta │Ferrer LLP
        4675 MacArthur Court, Suite 550
        Newport Beach, California 92660

At an undisputed election held on August 12, 2014, creditors selected Kavita Gupta to serve as the chapter 7 trustee in the above-captioned case.

The United States Trustee hereby sets a bond in the amount of $75,000.

                                                  TRACY HOPE DAVIS
                                                  United States Trustee

                                    By:    /s/ Donna S. Tamanaha
                                                  Assistant United States Trustee