NUTI HART LLP
KEVIN W. COLEMAN (CSB 168538)
411 30TH Street, Suite 408
Oakland, CA 94609-3311
Telephone: (510) 506-7152
Email: kcoleman@nutihart.com

Special Counsel for Kavita Gupta, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>Gabriel Technologies Corporation, a Delaware corporation; and Trace Technologies LLC, a Nevada limited liability company,<br><br>Administratively Consolidated Debtors, | Case No. 13-30340 (DM) (administratively consolidated with Case No. 13-30341 (DM))<br><br>Chapter 7<br><br>**NOTICE OF RESCHEDULED HEARING ON JOINT MOTION TO APPROVE SETTLEMENTS AND GRANT RELATED RELIEF**<br><br>Date: July 26, 2019<br>Time: 10:30 a.m.<br>Place: United States Bankruptcy Court<br>      450 Golden Gate Ave.,<br>      Courtroom 17<br>      San Francisco, CA 94102<br>Judge: Hon. Dennis Montali |

TO: **ALL CREDITORS OF GABRIEL TECHNOLOGY CORP. AND TRACE TECHNOLOGY, LLC, INTERESTED PARTIES, THE OFFICE OF THE UNITED STATES TRUSTEE, AND**

**ALL CREDITORS AND FORMER PARTNERS IN NORTHWATER INTELLECTUAL PROPERTY FUND, L.P. 3A**

**PLEASE TAKE NOTICE THAT** the hearing originally set for June 28, 2019 at 10:30 a.m. on the Joint Motion to Approve Settlements and Grant Related Relief filed by Qualcomm Incorporated, Kavita Gupta ("Trustee"), Chapter 7 trustee for the estates of Gabriel Technology Corp. and Trace Technologies, L.L.C. ("Debtors Estates"), and GBC HoldCo, LP, IP Successor Fund 21 L.P., and Lake Bridge Capital Inc. ("Motion") has been rescheduled to July 26, 2019 at 10:30 a.m.

NOTICE OF RESCHEDULED HEARING

**PLEASE TAKE FURTHER NOTICE THAT** the rescheduled hearing will take place before the Hon. Dennis Montali in Courtroom 17 at the United States Bankruptcy Court for the Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 90141(c)(1), any objection to the relief requested in the Motion, including the relief seeking a determination that:

- prior to the filing of its Certificate of Cancellation on August 18, 2017, Northwater Intellectual Property Fund, L.P. 3A ("Northwater") validly and effectively assigned all of its rights, claims, and interests (including security interests) held against the Debtors under a certain Note Purchase Agreement (the "NPA") and a certain Senior Secured Promissory Note dated September 16, 2011 ("Secured Note"), as well as all rights it held under Proof of Claim Nos. 137-1 and 159-1 (the "Northwater Claims") to GBC Holdco, L.P. ("GBC");

- notice and a reasonable opportunity to be heard was provided to all persons and entities who are or were creditors or partners of Northwater on or at any time after August 15, 2016;

- the distribution to be made by the Trustee on account of the Northwater Claims allowed pursuant to the proposed settlement is payable solely to GBC; and

- all creditors and former partners of Northwater Intellectual Property Fund, L.P. 3A, and any person appointed to act as a receiver, trustee, or manager for Northwater pursuant to 6 Del. C. §17-803(b) or similar laws, will be permanently barred, enjoined, and restrained from commencing, prosecuting, or asserting any claims against the Trustee or the Debtors' Estates in any forum that are predicated upon the Northwater Claims or Northwater's asserted entitlement to receive a distribution from the assets of the Debtors' Estates.

must be in writing, filed with the Court and served on the undersigned special counsel for the Trustee by no later than seven (7) days prior to the rescheduled hearing date (i.e., <u>July 19, 2019</u>).

Dated: June 25, 2019         NUTI HART LLP

By: */s/ Kevin W. Coleman*
    Kevin W. Coleman (CSBN 168538)
    Special Counsel for
    Kavita Gupta, Chapter 7 Trustee