Feliciano M. Ferrer—State Bar Number: 138507
**GUPTA FERRER LLP**
1300 Bristol Street North, Suite 100
Newport Beach, CA 92660
Telephone: (949) 347-4470
Facsimile: (949) 258-9786
Email: fmferrer@guptaferrer.com

Counsel for Kavita Gupta, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>GABRIEL TECHNOLOGIES CORPORATION, et al.<br><br>Debtors. | Case No. 13-30340 DM<br><br>(Jointly Administered with Case No. 13-30341)<br><br>**CHAPTER 7 TRUSTEE'S NOTICE OF NON-OPPOSITION TO THE FIRST AND FINAL APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MARCH 25, 2013 THROUGH AUGUST 31, 2014** |

Kavita Gupta, Chapter 7 Trustee, does not oppose the First and Final Application of Pachulski Stang, Ziehl and Jones LLP for Allowance and payment of Compensation and Reimbursement of Expenses for the Period March 25, 2013 through August 13, 2014.

DATED: August 16, 2019

**GUPTA FERRER LLP**

    /s/ Feliciano M. Ferrer
Feliciano M. Ferrer
Counsel for Kavita Gupta, Chapter 7 Trustee